WALTER R. SMITH, Respondent, *v.* THE CITY OF BROOKLYN, Appellant.

Reported below, 32 App. Div. 257.
(Argued February 27, 1899; decided March 7, 1899.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 20, 1898, affirming a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that the Court of Appeals has no-jurisdiction to entertain the appeal, as it appears that the verdict was not directed by the trial court, and that the Appellate Division has unanimously decided that the verdict is supported by evidence, and that the exceptions are frivolous.

*George Wallace* for motion.

*Samuel K. Probasco* opposed.

Motion denied, with costs.